# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. CR407-228 |
| | ) | [Underlying CR407-239] |
| CHRISTINA STONE, | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is defendant Christina Stone's motion for reconsideration of the Order directing her pretrial detention in this criminal case. Doc. 116. Defendant points to her health problems and her claimed need to care for her minor children. Neither of these concerns is a factor to be considered by the Court in determining whether detention is appropriate as to a particular defendant. 18 U.S.C. § 3142(g) (listing the "factors to be considered" in determining whether detention is appropriate). Furthermore, as defendant notes, both of these factors were set forth in the Pretrial Services Report that the Court previously considered before ordering defendant's pretrial detention. Defendant's

motion is therefore DENIED.

**SO ORDERED** this 16th day of November, 2007.

_____
**UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA**